IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER G. PETERSEN,<br><br>          Plaintiff,<br><br>vs.<br><br>FLATHEAD COUNTY SHERIFF'S OFFICE, and SGT. LOGAN SHAWBACK,<br><br>          Defendants. | CV-24-143-M-KLD<br><br>FINDINGS & RECOMMENDATION |

On October 11, 2024, Plaintiff Christopher G. Petersen, who is proceeding pro se, filed his Complaint in this case and paid the associated civil filing fee. (Doc. 1). On February 5, 2025, the Court issued an order giving Plaintiff until February 24, 2025, to show cause why this case should not be dismissed without prejudice for failure to serve the Defendants within 90 days after filing the Complaint as required under Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 4). The Court cautioned Plaintiff that if he failed to show good cause, his case could be dismissed without prejudice for failing to comply with the service requirements of Rule 4(m). (Doc. 4).

As of the date of this Order, Plaintiff has not responded to the Court's show cause order and has made no further filings in the case. Because Plaintiff has not

shown good cause for failing to serve Defendants within the timeframe provide in Rule 4(m) as required for this case to proceed,

IT IS RECOMMENDED that this case be DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

## NOTICE OF RIGHT TO OBJECT
## TO FINDINGS & RECOMMENDATION
## AND CONSEQUENCES OF FAILURE TO OBJECT

Plaintiff may object to this Findings and Recommendation within 14 days. See 28 U.S.C. § 636(b)(1). Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

DATED this 4th day of March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge