IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER G. PETERSEN, | CV 24-143-M-DWM |
| Plaintiff, | |
| vs. | JUDGMENT |
| FLATHEAD COUNTY SHERIFF'S OFFICE and SGT. LOGAN SHAWBACK, | |
| Defendants. | |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of April 1, 2025, (Doc. 6), this action is DISMISSED.

Dated this 1st day of April, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman